IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation, et al., | : : : : |
| Plaintiff, | : : |
| v. | : C. A. No. 04-632-SLR : |
| DAN TING, | : : |
| Defendant. | : : |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation, et al., | : : : : |
| Plaintiff, | : : |
| v. | : C. A. No. 04-669-SLR : |
| SATISH AGRAWAL, | : : |
| Defendant. | : |

## ORDER

At Wilmington this **17th** day of **May, 2005**,

IT IS ORDERED that the teleconference scheduled for Wednesday, May 18, 2005 at 8:30 a.m. with the Magistrate Judge to discuss the status of these cases and the mediation date is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

                                    /s/ Mary Pat Thynge
                                    UNITED STATES MAGISTRATE JUDGE