## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation, et al., | :<br>:<br>: |
| Plaintiff, | : |
| v. | : C. A. No. 04-632-SLR |
| DAN TING, | : |
| Defendant. | : |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation, et al., | :<br>:<br>: |
| Plaintiff, | : |
| v. | : C. A. No. 04-669-SLR |
| SATISH AGRAWAL, | : |
| Defendant. | : |

## <u>ORDER</u>

At Wilmington this **1st** day of **June, 2005**,

IT IS ORDERED that the mediation conference scheduled for Friday, June 10, 2005 beginning at 8:30 a.m. is canceled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE