IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on Behalf of the Estates of Polaroid Corporation et al., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-632-SLR |
| DAN TING, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules Civil Procedure 41, Plaintiff and Defendant hereby stipulate that the above-captioned case be dismissed with prejudice, each party to bear its own costs and expenses. This case is hereby closed.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/Maribeth L. Minella
_____
Joseph A. Malfitano (No. 4020)
Maribeth L. Minella (No. 4185)
Erin Edwards (No. 4392)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
mminella@ycst.com

Attorneys for Plaintiff

CICONTE, ROSEMAN & WASSERMAN

_____
Jeffrey P. Wasserman (No. 2184)
1300 King Street
Wilmington, Delaware 19801
(302) 658-7101
jwasserman@crwdelaw.com

-and-

ROACH & CARPENTER, P.C.
M. Ellen Carpenter
24 School Street
Boston, Massachusetts 02108
(617) 720-1800

Attorneys for Defendant

SO ORDERED:

Dated:_____      _____

DB02:5051715.1                                                     058670.1001

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Jeffrey P. Wasserman, Esquire
Ciconte, Roseman & Wasserman
1300 King Street
Wilmington, DE 10801
(302) 658-7101
jwasserman@crwdelaw.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/Maribeth L. Minella
Maribeth L. Minella (No. 4185)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
mminella@ycst.com

Attorneys for Plaintiff

DB02:5053504.1

058760.1001